NO. 07-03-0532-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JANUARY 14, 2004

______________________________

FIRST PERMIAN, L.L.C. and ENERGEN RESOURCES CO., 

Appellants

v.

JAMES P. GRAHAM, 

Appellee 

_________________________________

FROM THE 286
TH
 DISTRICT COURT OF COCHRAN COUNTY;

NO. 02-12-3789; HON. HAROLD PHELAN, PRESIDING

_______________________________

ORDER

_______________________________

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

Pending before the court is the application of First Permian, L.L.C. and Energen Resources Company for interlocutory appeal under §51.014(d) of the Texas Civil Practice and Remedies Code.  Having reviewed the application, the clerk’s record and the pertinent statutory provisions, we deny the application.

Per Curiam